**Order entered April 7, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00626-CV

**ARGENT DEVELOPMENT, L.P., Appellant**

**V.**

**LAS COLINAS GROUP, L.P. AND BILLY BOB BARNETT, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13507**

## ORDER

The April 6, 2016 motion for leave to withdraw as counsel for appellant Argent Development, L.P., filed by attorney Bryan A. Erman, is **GRANTED**, and the Clerk of the Court is **DIRECTED** to (1) remove Mr. Erman as appellant's counsel of record in this cause and (2) designate Parker L. Graham of Carrington, Coleman, Sloman, & Blumenthal, LLP as appellant's lead counsel.

/s/     MOLLY FRANCIS
          PRESIDING JUSTICE